State vs Finn.

No. 1237.

THE STATE OF LOUISIANA VS. WILLIS FINN.

The defendant in a criminal case is entitled to have a true copy of the indictment served on him two entire days before the trial. If an imperfect copy has been served on him, if he makes timely objection before the jury is impanelled, he has the right to delay the case until a correct copy of the indictment is served on him.

When the accused was indicted for the murder of Edmond Rembell, and the copy of the indictment served on him charged him with the murder of Edmond Kembell; held, that the copy of the indictment was imperfect, as the two names were made entirely different by changing the initial letter of the name.

APPEAL from the First District Court, Parish of Caddo. *Hicks, J.*

*J. H. Shepherd,* District Attorney, for the State, Appellee.

*D. T. Land* for Defendant and Appellant:

1. Every person who shall be indicted for any capital crime shall have a copy of the indictment and the list of the jury which are to pass on his trial, delivered to him at least two entire days before the trial. R. S. 2997. The objection was timely, as it was made before announcing ready for trial, and before the jury was impanelled. 3 An. 50; 23 An. 620; 27 An. 206; 38 An. 476.

2. The statute contemplates that the accused shall have a true copy of the entire instrument. 3 An. 50. When an imperfect copy is served on the accused he has an absolute right, on timely objection, to insist upon a perfect copy and the delay accorded to him by law. 12 An. 679.

The opinion of the court was delivered by

McENERY, J. The accused was indicted for murder; tried, convicted and sentenced. He has appealed. The defendant was indicted for the murder of *Edmond Rembell.* The copy of the indictment served on him two entire days before the trial, in accordance with Sec. 2997, R. S., charged him with the murder of *Edmond Kembell.*

The accused was entitled to have a true copy of the indictment served on him. 3 An. 50.

And if an imperfect copy is served on him he has the right, on making objection at the proper time, to delay the case until a correct copy is served on him. 12 An. 679.

The defendant made objection to going to trial before the jury was impanelled. The objection was timely. 3 An. 50; 23 An. 620; 27 An. 206; 38 An. 476.

The doctrine of *idem sonans* does not apply to the case at bar. The initial letter in the copy of the indictment served on the accused is changed so as to make the name entirely different from the name in the indictment, and the sound of the names is distinct and different—conveying the idea of distinct persons.

It is therefore ordered, adjudged and decreed that the verdict and sentence appealed from be avoided, annulled and reversed, and set aside; and it is now ordered and decreed that the case be remanded to be proceeded with according to law.